# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY COOPER,<br><br>  Petitioner,<br><br>  v.<br><br>ON HABEAS CORPUS,<br><br>  Respondent. | Case No. 1:16-cv-00898-SKO HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in Wasco State Prison, Wasco, California. As a result, Felix M. Vasquez, Warden of Wasco State Prison, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Felix M. Vasquez, Warden, Wasco State Prison, as Respondent.

IT IS SO ORDERED.

Dated:  **July 8, 2016**                                        /s/ *Sheila K. Oberto*
                                                                             UNITED STATES MAGISTRATE JUDGE

1