# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY COOPER,<br><br>Petitioner,<br><br>v.<br><br>FELIX M. VASQUEZ, Warden,<br><br>Respondent. | Case No. 1:16-cv-00898-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, John Sutton has succeeded Felix M. Vasquez as warden of Wasco State Prison, Wasco, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of John Sutton, Warden, Wasco State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **November 8, 2016**                          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

1